AUSA: Nancy Abraham  Telephone: (810) 766-5177
Special Agent: Anthony Kraudelt  Telephone: (989) 225-9470

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Gizhep-Gimiwon Pego

Case No. 1:23-mj-30055

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gizhep-Gimiwon Pego,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

forcibly assaulting, resisting and impeding a law enforcement officer with the Saginaw Chippewa Tribal Police Department, in violation of 18 U.S.C. § 111

assault with a dangerous weapon with intent to do bodily harm on the Isabella Federal Reservation in violation of 18 U.S.C. § 113(a)(3)

Date: February 7, 2023

*Issuing officer's signature*

City and state: Bay City, Michigan

Patricia T. Morris  United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA